UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERI L. DURBIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C11-395-TSZ<br><br>ORDER REMANDING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 22, to which no objections have been timely filed, and the balance of the record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation.

  (2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

1      (3)    The Clerk of the Court is directed to send copies of this Order to the parties and
2  to Judge Donohue.
3      DATED this 23rd day of November, 2011.

                                              */s/ Thomas S. Zilly*
                                             Thomas S. Zilly
                                             United States District Judge